## FARM BUREAU MUTUAL INSURANCE CO., Appellant,

v.

## CRUM & FORSTER INSURANCE CO., Appellee.

### No. 79-1744.

United States Court of Appeals, Eighth Circuit.

Submitted March 13, 1980.

Decided April 1, 1980.

Bruce E. Sherwood, Wheaton, Minn., for appellant.

Stephen W. Plambeck (on brief), Nilles, Hansen, Selbo, Magill & Davies, Fargo, N. D., for appellee.

Before BRIGHT, ROSS and ARNOLD, Circuit Judges.

PER CURIAM.

This appeal involves a dispute between two insurance carriers over which one is liable for damages arising from a hunting accident. The accident occurred when a shotgun being held by James Bergerud, Jr., an insured under a farm liability policy issued by Farm Bureau, discharged and injured another member of a deer hunting party. At the time of the accident, the hunting party was in the box of a pickup truck operated by Gary Jacobson, an insured under an automobile liability policy issued by Crum & Forster. The injured hunter filed suit against both Bergerud and Jacobson. A settlement was negotiated, with Farm Bureau paying its policy limits of $25,000, and Crum & Forster contributing $5,000.

Farm Bureau then filed suit for indemnity against Crum & Forster. The facts were stipulated. The District Court,* applying Minnesota law, concluded that the hunting accident had not arisen out of the ownership, maintenance, or use of the motor vehicle insured by Crum & Forster, and judgment was entered dismissing the complaint. This appeal followed.

---

* The Honorable Edward J. Devitt, Chief Judge, United States District Court for the District of Minnesota.

**40**

The judgment is affirmed on the basis of Judge Devitt's well-reasoned opinion. See 8th Cir. Rule 14.

Affirmed.